UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

BARBARA BYRD,

             Plaintiff,

       v.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

            Defendant.

NO. CV-09-0119-EFS

**ORDER DISMISSING PLAINTIFF'S COMPLAINT**

    On July 6, 2009, the parties filed a Stipulation of Dismissal. (Ct. Rec. 5.)  Based on the parties' Stipulation, **IT IS HEREBY ORDERED:**

    1. Plaintiff's Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and without fees and costs to any party.

    2. Defendant's Counterclaim **(Ct. Rec. 3)** is **DISMISSED with prejudice** and without fees and costs to any party.

    3. This file shall be closed.

    4. All pending motions are **DENIED** as moot.  All hearings are **STRICKEN.**

    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies to counsel.

    **DATED** this _____1st_____ day of October 2009.


                      S/ Edward F. Shea
                      EDWARD F. SHEA
            United States District Judge

Q:\Civil\2009\119.Stip.Dismiss.wpd

ORDER ~ 1